# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMMY JOAN PORSCH,<br><br>            Plaintiff,<br><br>    v.<br><br>BETH MORRISON, et al.,<br><br>            Defendants. | Case No.  1:13-cv-01795-AWI-SAB<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

On November 6, 2013, Plaintiff filed an application to proceed in forma pauperis in this civil rights action.   Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.  Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed in forma pauperis.

IT IS SO ORDERED.

Dated:   **November 8, 2013**

_____
UNITED STATES MAGISTRATE JUDGE

1